ORIGINAL

EDWARD KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

MARSHALL SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 0 2003

at __ o'clock and 50 min. __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>            )<br>            )<br>        Plaintiff,    )<br>            )<br>    vs.        )<br>            )<br>VALENTIN LECUONA        )<br>            )<br>        Defendant.    )<br>_____ ) | MAG. NO. 03- 957 KSC<br><br>CRIMINAL COMPLAINT;<br>AGENT'S AFFIDAVIT |

CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief that:

On or about November 6, 2003, in the District of Hawaii, the defendant, VALENTIN LECUONA, having been previously

convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, which had previously affected interstate commerce, to wit, one Detonics Model Pocket 9, 9mm caliber pistol, bearing serial number P2233, loaded with six rounds of CCI 9mm caliber ammunition, in violation of Title 18, United States Code, Sections 922 (g) 1 and 924 (a) 2.

I further state that I am a Senior Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following affidavit which is attached hereto and made part of this complaint by reference.

DATED: HONOLULU, HAWAII: November 10, 2003.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JORDAN LOWE, Senior Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn and subscribed before me, this
10th day of November, 2003:

_____
UNITED STATES MAGISTRATE JUDGE

## AGENT'S AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, JORDAN LOWE, after being duly sworn, deposes and states as follows:

1. I am a Senior Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") assigned to the District of Hawaii.

2. On November 6, 2003, Honolulu Police Officers conducted a traffic stop on a vehicle with illegal window tint that was being operated by VALENTIN LECUONA with JASON CHUN as a passenger. Incident to the stop, LECUONA was arrested on the strength of an outstanding warrant of arrest issued by the Hawaii Paroling Authority. As LECUONA was removed from the vehicle, Honolulu Police Officer observed and subsequently recovered a Detonics Model Pocket 9, 9mm caliber semiautomatic pistol, serial number P2233 loaded with six rounds of CCI 9mm caliber ammunition that was in plain view on the floor by the driver seat. Incident to the recovery of the firearm, LECUONA uttered to the effect, "that's my gun". LECUONA further uttered, "Everything the there is mine, the guns in the trunk with the porno mags and the pipe is mine, it's not the other guys".

3. On November 7, 2003, VALENTIN LECUONA, after being advised of his rights, admitted that he was operating a vehicle with illegal window tint; and that he had an outstanding warrant for his arrest. LECUONA added that he knew he was going back in (referring to jail) but did not want to. LECUONA stated that it was "a moment of truth" for him. LECUONA admitted that he "cocked" the hammer of the pistol back because he was going to shoot the police officer. LECUONA stated that he changed his mind when he saw how young the officer was. LECUONA added that he also did not have anything against the officer and did not really want to hurt anyone. LECUONA further stated that he originally had the firearm in his waistband.

4. A check with the Hawaii Criminal Justice Data Center revealed that on September 5, 2000, VALENTIN LECUONA was convicted in the First Circuit Court of Hawaii of Assault in the Second Degree, a felony and was sentenced to 150 days confinement and five years probation.

5. The Detonics 9mm caliber semiautomatic pistol was manufactured in the State of Washington, and the six rounds of

Idaho. Both the firearm and ammunition had been previously shipped or transported in interstate or foreign commerce.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JORDAN LOWE

This Criminal Complaint and Agent's Affidavit in support thereof were presented to and approved by the undersigned Judicial Officer at 1:52 p.m. on November 10, 2003.

Subscribed and Sworn to before me, this 10th day of November, 2003.

_____
United States Magistrate Judge
District of Hawaii