# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

VALENTIN LECUONA

**WARRANT FOR ARREST**

CASE NUMBER: 03- 957 KSC

To: The United State Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   VALENTIN LECUONA

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce a firearm / ammunition; and

in violation of Title 18 United States Code, Section 922(g)(1).

| Kevin SC Chang | Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| KSC (signature) | November 10, 2003     Honolulu, HI |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ TO BE DETERMINED | KEVIN S.C. CHANG |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

