AO 442 (Rev. 3/99) Warrant for Arrest

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

VALENTIN LECUONA

**WARRANT FOR ARREST**

CASE NUMBER: 03-957 KSC

To: The United State Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    VALENTIN LECUONA

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    X Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

```
Been convicted of a crime punishable by imprisonment for a term exceeding one year, did
possess in and affecting commerce a firearm / ammunition; and
```

in violation of Title    18 United States Code, Section 922(g)(1).

Kevin SC Chang
Name of Issuing Officer

Magistrate Judge
Title of Issuing Officer

/s/ KSC
Signature of Issuing Officer

November 10, 2003    Honolulu, HI
Date and Location

Bail fixed at $ TO BE DETERMINED

KEVIN S.C. CHANG
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED 11/12/03 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/5/04 | Ahmed Pena S/A | /s/ |

Filed in the UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
DEC 13 2006
at 2 o'clock and 22 min __ M
SUE BEITIA, CLERK